

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

 **Jeffrey Lewis Raizner**
Raizner Slania, Llp
2402 Dunlavy Street
Houston, TX 77006

Re: Manning v. National Collegiate

USDC Number: 20 cv 30

MDL Number: 2492

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Southern Indiana. The case number assigned to the above case is 20 cv 30. Judge Lee is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By: L. Springer
Deputy Clerk